**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT ASHLAND**

| | |
|---|---|
| **VIRGIL DURHAM,** | **CASE NO. 0:22-cv-114-KKC-HAI** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **WARREN DAVID GREEN,** *et al.*, | |
| **Defendant.** | |

This matter is before the Court on Defendant Jennifer Blanton's motion to dismiss. (R. 39.) This 42 U.S.C. § 1983 action alleges that Blanton and others violated *pro se* Plaintiff Virgil Durham's Eighth Amendment right against cruel and unusual punishment. (R. 1.) Blanton's motion seeks dismissal of Durham's sole remaining claim (the "deliberate indifference claim"), which alleges deliberate indifference against Durham in Blanton's individual capacity based on the bankruptcy of her former employer, Wellpath Holdings, LLC ("Wellpath"). (R. 39.)

The magistrate judge has entered a recommendation that Blanton's motion be granted and Durham's deliberate indifference claim be permanently enjoined, because the Bankruptcy Court for the Southern District of Texas confirmed Wellpath's Chapter 11 bankruptcy plan on May 1, 2025. (R. 43, *see* R. 35-1.) Durham has not filed any objections to the recommendation. Further, the Court has reviewed the recommendation and agrees with its analysis.

Accordingly, the Court hereby **ORDERS** that Blanton's motion to dismiss (R. 39) is **GRANTED** and Durham's deliberate indifference claim against Blanton is **PERMANENTLY ENJOINED**. A judgment consistent with this order and the report and recommendation will be entered.

This 9th of April, 2026.



Signed By:

*Karen K. Caldwell*
**United States District Judge**